## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Abed MUSTAFA, Plaintiff,

v.

Michael B. MUKASEY, et al., Defendants

Case Number:
FILED: MAY 8, 2008
08CV2677    EDA
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Abed Mustafa

| | |
|---|---|
| NAME (Type or print)<br>Scott D. Pollock | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott D. Pollock | |
| FIRM<br>Scott D. Pollock & Associates, P.C. | |
| STREET ADDRESS<br>105 West Madison Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06193289 | TELEPHONE NUMBER<br>312/444-1940 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☑    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐