UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abed MUSTAFA<br>    Plaintiff,<br><br>vs.<br><br>Michael B. MUKASEY,<br>Attorney General of the United States,<br>et al.<br>    Defendants. | No. 1:08-cv-2677<br><br>MOTION TO<br>VOLUNTARILY DISMISS<br>COMPLAINT FOR MANDAMUS<br>AND OTHER RELIEF<br><br>Judge Ruben Castillo |

**MOTION TO VOLUNTARILY DISMISS COMPLAINT FOR MANDAMUS AND OTHER RELIEF**

Plaintiff, Abed Mustafa, by and through undersigned counsel, files this Motion to Voluntarily Dismiss Complaint for Mandamus and Other Relief and allege the following:

1. On May 8, 2008, plaintiff filed a Complaint for Mandamus and Other Relief against defendants asserting that the defendants' delay in processing plaintiff's application for adjustment of status was unlawful.

2. The plaintiff's situation has changed since he filed the Complaint, and he no longer needs to pursue his claims before this Court. U.S. Citizenship and Immigration Services has approved plaintiff's application for adjustment of status.

3. Fed. R. Civ. Pro. 41 provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse

1

2

party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action."

4. In this case, the defendants have not served an answer or a motion for summary judgment.

WHEREFORE, plaintiff prays that this Court dismiss their Complaint for Mandamus and Other Relief.

Filed: July 11, 2008

s/Scott D. Pollock_____
Scott D. Pollock
Attorney for the Plaintiffs

Scott D. Pollock
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
Telephone: (312) 444-1940
Fax: (312) 444-1950

CERTIFICATE OF SERVICE

Scott D. Pollock, an attorney, hereby certifies that the foregoing Motion to Voluntarily Dismiss Complaint for Mandamus and Other Relief was served on July 11, 2008 in accordance with FED. R. CIV. PRO. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) system as to ECF filers on:

    Stacy Dezsi
    Assistant United States Attorney
    U.S. Attorneys Office
    219 S. Dearborn, 5th Floor
    Chicago, Illinois 60604
    (312) 886-9083

    s/Scott D. Pollock
    Scott D. Pollock
    Attorney for the Plaintiffs
    105 W. Madison, Suite 2200
    Chicago, Illinois 60602
    (312) 444-1940