**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Abed Mustafa

        Plaintiff,

v.                  Case No.: 1:08−cv−02677
                    Honorable Ruben Castillo

Michael B. Mukasey, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion to voluntarily dismiss complaint for mandamus and other relief [9] is granted. This case is hereby dismissed. Status hearing set for 7/17/2008 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.